FILED
IN THE OFFICE OF THE
CLERK OF SUPREME COURT
JANUARY 12, 2021
STATE OF NORTH DAKOTA

# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 10

In the Interest of M.M., A Child

| | |
|---|---|
| Lyndsey Tungseth, L.B.S.W., Cass County Human Service Zone, | Petitioner and Appellee |
| v. | |
| M.M., a child; M.M., father; | Respondents |
| and | |
| S.M., mother, | Respondent and Appellant |

### No. 20200335

In the Interest of R.M., A Child

| | |
|---|---|
| Lyndsey Tungseth, L.B.S.W., Cass County Human Service Zone, | Petitioner and Appellee |
| v. | |
| M.M., a child; M.M., father; | Respondents |
| and | |
| S.M., mother, | Respondent and Appellant |

### No. 20200336

In the Interest of S.M., A Child

Lyndsey Tungseth, L.B.S.W., Cass
County Human Service Zone,                    Petitioner and Appellee

      v.

M.M., a child; M.M., father;                              Respondents

      and

S.M., mother,                                    Respondent and Appellant

_____
No. 20200337
_____

In the Interest of E.M., A Child

Lyndsey Tungseth, L.B.S.W., Cass
County Human Service Zone,                    Petitioner and Appellee

      v.

M.M., a child; M.M., father;                              Respondents

      and

S.M., mother,                                    Respondent and Appellant

_____
No. 20200338
_____

In the Interest of K.M., A Child

Lyndsey Tungseth, L.B.S.W., Cass
County Human Service Zone,                    Petitioner and Appellee

      v.

M.M., a child; M.M., father;                              Respondents

      and

S.M., mother,                                    Respondent and Appellant

---
No. 20200339
---

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Scott A. Griffeth, Judicial Referee.

AFFIRMED.

Per Curiam.

Diane K. Davies-Luger, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Daniel E. Gast, Fargo, ND, for respondent and appellant; submitted on brief.

**Per Curiam.**

[¶1]  S.M., the mother, appeals from a juvenile court order terminating her parental rights to M.M., R.M., S.M., E.M., and K.M. On appeal, S.M. argues the State presented insufficient evidence to support termination of her parental rights. We conclude the State's evidence was sufficient to prove the children are deprived; the conditions and causes of the deprivation are likely to continue; and the children are suffering, or will in the future probably suffer, serious physical, mental, moral, or emotional harm as required for the termination of parental rights under N.D.C.C. § 27-20-44(1)(c). The juvenile court's findings are supported by clear and convincing evidence, are not clearly erroneous, and support the termination of S.M.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]  Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte

1